UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:19-cr-0127-TWP-TAB |
| | ) | |
| AKARTIS KING, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On November 20, 2023, the Court held a hearing on the Petitions for Warrant or Summons for Offender Under Supervision filed on March 16, 2022, and January 18, April 26, and October 18, 2023. Defendant King appeared in person with his appointed counsel, Dominic Martin. The government appeared by Brad Blackington, Assistant United States Attorneys.  The United States Parole and Probation Office appeared by Officer Chad Ulmer.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant King of his rights and provided him with a copy of the petitions.  Defendant orally waived his right to a preliminary hearing.

2.       After being placed under oath, Defendant admitted Violation Nos. 1 (as amended, see below) and 5 [Dkt. Nos. 65 and 86]. Government's oral motion to withdraw the remaining violations, *i.e.*, Violation Nos. 2, 3, 4, 6, 7, and 8, was granted by the Court.

3.      The allegations to which Defendant admitted, as fully set forth in the petition, are:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|

1      **"You shall not commit another federal, state, or local crime."**

On March 10, 2022, Mr. King was arrested and charged with Count 1, Dealing in a Narcotic Drug (Felony); Count 2, Possession of a Narcotic Drug (Felony); Count 3, Possession of a Controlled Substance (Felony); Count 4, Carrying a Handgun without a License (Misdemeanor); Count 5, Carrying a Handgun without a License (Felony), and Count 6, Carrying a Handgun without a License (Felony). The charges are pending in the Superior Court of Hamilton County, Indiana, under Cause No. 29D01-2203-F3-001565.

According to the Probable Cause Affidavit, on March 10, 2022, Mr. King was pulled over after an officer witnessed him driving and speeding in a rented vehicle with at least two other passengers. The officer had Mr. King step out of the vehicle and he consented to a search of his person. During the search, heroin, oxycodone, and approximately $3,148 were located in his pocket. A subsequent search of his vehicle revealed three loaded handguns which were located under the front seats.

**Defendant admitted to being convicted of Count 2, Possession of a Narcotic Drug (Felony).**

5      **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner.  You shall follow the prescription instructions regarding frequency and dosage."**

On December 15, 2022, Mr. King submitted a urine sample which tested positive for marijuana.

4.    The parties stipulated that:

    (a)    The highest grade of violation was a Grade B violation.

    (b)    Defendant's criminal history category was III.

    (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, was 8 to 14 months' imprisonment.

5.    The parties jointly recommended a sentence of 14 months' imprisonment with no supervised release to follow. Defendant requested placement at FCI Terre Haute, Satellite Camp.

The Magistrate Judge, having considered the relevant factors under 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 14 months with no supervised release to follow. The Magistrate Judge makes a recommendation of placement at FCI Terre Haute, Satellite Camp. Defendant is to self-surrender pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 11/22/2023

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system