**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00127-TWP-TAB |
| | ) | |
| AKARTIS KING, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On November 22, 2023, the Magistrate Judge submitted her Report and Recommendation

regarding the United States Probation Office's Petition for Warrant or Summons for Offender

Under Supervision (Filing No. 100). The parties waived the fourteen-day period to object to the

Report and Recommendation.  The Court, having considered the Magistrate Judge's Report and

Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date:   11/30/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org


UNITED STATES ATTORNEY'S OFFICE (Indianapolis)


Electronic notice to USPO